JAY C. COFFEY, Respondent, *v.* MARY COFFEY, as Executrix of PATRICK COFFEY, Deceased, Appellant.

*Coffey v. Coffey*, 177 App. Div. 890, appeal dismissed. (Submitted May 14, 1917; decided May 22, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 24, 1917, affirming a judgment in favor of plaintiff entered upon a verdict in an action for services.

The motion was made upon the ground that an appeal

did not lie as of right to the Court of Appeals, and that permission to appeal had not been obtained.

*Philip A. Brennan* for motion.

*John B. Johnston* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.